CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED for Roanoke
JUN 15 2012
JULIAN DUDLEY, CLERK
BY: /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| AL-AKHIR I. M. BRYANT,<br>Plaintiff, | Civil Action No. 7:11-cv-00075 |
| v. | **ORDER** |
| GENE M. JOHNSON, et al.,<br>Defendants. | By: Hon. Jackson L. Kiser<br>Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that plaintiff's motion for preliminary equitable relief is **DENIED**.

The Clerk shall send copies of this Order and the accompanying Memorandum Opinion to plaintiff and counsel of record for defendants.

ENTER: This 15th day of June, 2012.

/s/ Jackson L. Kiser
Senior United States District Judge