IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| AL-AKHIR I. M. BRYANT,<br>　　Plaintiff, | Civil Action No. 7:11-cv-00075 |
| v. | ORDER |
| GENE M. JOHNSON, et al.,<br>　　Defendants. | By:　Hon. Jackson L. Kiser<br>　　　Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

ORDERED

that defendants' motions for summary judgment are **GRANTED** and the action is **STRICKEN** from the active docket of the court.

The Clerk shall send copies of this Order and the accompanying Memorandum Opinion to plaintiff and counsel of record for defendants.

ENTER: This 21st day of August, 2012.

　　　　　　　　　　　　　　　　　　　　／s／ Jackson L. Kiser
　　　　　　　　　　　　　　　　　　　　Senior United States District Judge