IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

AL-AKHIR I. M. BRYANT,
    Plaintiff,

v.

GENE M. JOHNSON, et al.,
    Defendants.

Civil Action No. 7:11-cv-00075

**ORDER**

By:   Hon. Jackson L. Kiser
      Senior United States District Judge

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that defendants' motions for summary judgment are **GRANTED** and the action is **STRICKEN** from the active docket of the court.

The Clerk shall send copies of this Order and the accompanying Memorandum Opinion to plaintiff and counsel of record for defendants.

**ENTER**: This 21st day of August, 2012.

                Senior United States District Judge